UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD,<br>       Plaintiff,<br><br>V.<br><br>WINSTON-SALEM VETERANS<br>AFFAIRS,<br>       Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-cv-8-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendant's motion to dismiss [D.E. 17] and DISMISSES this action for lack of subject-matter jurisdiction. The court DENIES AS MOOT plaintiffs motions [D.E. 11, 13-14]. The clerk shall close the case.

**This Judgment Filed and Entered on September 20, 2016, and Copies To:**

Roberto F/ Ramirez                                              (via CM/ECF Notice of Electronic Filing)

Carlos A. Alford                                                  (Sent to 1001 Nautilus Dr. Apartment 12-P
                                                                                        Wilmington, NC 28412 via US Mail)

DATE:                                                      JULIE RICHARDS JOHNSTON, CLERK
September 20, 2016                              (By) /s/ Nicole Briggeman
                                                                Deputy Clerk